Case 6:23-cv-00074-ADA   Document 1   Filed 02/08/23   Page 1 of 7

FILED
February 08, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SM_____
                DEPUTY

Walter Patzkowski

V.

Coryell County Sheriffs Office, Jailer sims, LT porter, sheriff Scott Williams

Complaint
Civil Action NO.

6:23-cv-074

Jurisdiction & Venue

1) This is a civil action authorized by 42 USC Section 1983 to redress the deprivation, under color of state law of rights secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 USC Section 2201 and 2202. Plaintiff claims the inductive Relief are authorized by 28 USC Section 2283 & 2284 and Rule 65 of the Federal Rule of Civil Procedure.

2)

Plaintiffs

3) Plaintiff Walter Patzkowski, is and was at all times mentioned herein a prisoner of the state of Texas in the custody of Texas Coryell county jail, He is currently confined in Coryell County Jail in Gatesville Texas.

4) Defendants, LT. Karen Porter is the Jail operator of the state of Texas department of Corrections. She is legally responsible for the operation of Coryell County Jail and the welfare of all inmates in the Jail.

5) Defendant, Sheriff Scott williams is the sheriff/supervisor of Coryell County Jail he is responsible for the overall operation of the department and Each institution under its Jurisdiction, including (Coryell County Jail where plaintiffs are confined).

6) Defendant Jayce Sims is a correctional officer/Jailer of the State of Texas Department of Corrections who, at all times mentioned in this Complaint, held the rank of Jailer and was assigned to Coryell County Sheriffs Office.

7) Each defendant is sued individually and his (or her) official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

Facts

Upon information and belief:

8) On the holiday Martin Luther King Day 1-16-23 at 15:30 Inmate Ryan Townsend was in the doorway of dorm E-2 talking to Jailer Jayce Sims about giving his arm cast up because its considered a weapon to Jail officials because it contains metal as they are talking inmate Walter Pilzkowski makes a gesture towards Officer Jayce Sims and thats when he strikes his Right hand with the weapon they took from inmate Townsend namely a arm cast.

Upon information and belief:

9) It was reported to Jail Shift Supervisor Corporal Grant who then proceeded to pull me out of E-2 and tell me my program I'm waiting for will be taken if I proceed to press charges or file a complaint on Jailer Jayce Sims

Legal Claim
Emotional stress, Abuse of Mentally disabled, Numerous Civil Rights

(1)

(2) The plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declatory and injunctive relief which plaintiff seeks.

V. Prayer for Relief
Wherefore, plaintiff respectfully prays that this court enter Judgment granting

13) A declaration that states and omissions describe herein violations of plaintiffs rights under the constitutions and laws of the United States

14) A preliminary and permanent injunction ordering defendants, K porter, Scott williams, Jayce sims to stop Assaulting inmates on a civil Rights holiday and pay money damages

15) Compensatory damages in the Amount of $30,000 against each defendant jointly and severally

16) punitive damages in the Amount of $_____ against each defendant _____ and the Amount $_____

17) A Jury trial on all issues trieble by Jury

18) Plaintiff's costs in this suit

A) Any additional relief this court deems Just, proper and equitable.

Dated
Respectfully Submitted

Verification
I have read the forgoing complaint and hereby and lawfully verify the matters alleged are true. I certify under penalty of purjury that the forgoing is Correct and True.

Executed at Coryell County Tx on

Walter Patzkowski

the United States District Court for The Western district WACO TX

Walter Petrkowski                     Summons
                                      Civil Action №

        v

~~LT. Karen Porter~~riff   LT. Karen Porter   Sheriff Scott Williams
~~Scott Williams, of~~ ~~Jayce Sims~~   Office of Jail Jayce Sims

To the Above-d Defendants
You are hereby ~~sued~~ ~~named~~ and required to serve upon
whose Address 10 E leonst gatesville TX and answer
Complaint which herewith served upon you, within 20 days
after Service of Summons upon you, exclusive of the
~~of service, or~~ days if the U.S Government or officer/agency
is a defendant ~~you~~ fail to do so, Judgment by
default will ~~be~~ ~~taken~~ against you for relief demanded
in Complaint

Clerk of the court

Date

Walter Patrkowski
510 East 1 con ST
Gatesville Texas 76528

AUSTIN TX 780
RIO GRANDE DISTRICT
6 FEB 2023 PM 3 L

RECEIVED
FEB 08 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

United States District Court
Western District of Texas
United States District Clerks Office
800 Franklin Avenue Room 380, Waco Texas
76701

Legal
INDIGENT
M w/

Legal Mail