# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WALTER PATZKOWSKI<br>(Coryell County) | § § § | |
| V. | § | W-23-CA-074-ADA |
| KAREN PORTER, et al. | § § § | |

## ORDER OF DISMISSAL

The Court has received notice that Plaintiff was discharged from the facility where he was being held. To date, Plaintiff has not notified the Court of any change of address.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to provide the Court with a change of address his case is dismissed for want of prosecution and for failure to obey an order of the Court.

In light of the above, it is therefore **ORDERED, ADJUDGED, and DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**.

**SIGNED** on August 4, 2023

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1